IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CYNTHIA MENDOZA-MARTINEZ,**

    **Plaintiff,**

    vs.                              CIV No. 1:20-00310-KRS

**ANDREW SAUL,**
**Commissioner of Social Security,**

    **Defendant.**

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court upon Defendant's Second Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint (Doc. 9), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through January 18, 2021, to file his answer or otherwise respond to Plaintiff's Complaint.

                                                      _____
                                                      KEVIN R. SWEAZEA
                                                      United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 11/16/2020*
KATHRYN C. BOSTWICK
Special Assistant United States Attorney

*Electronically approved 11/16/2020*
LAURA J. JOHNSON
Attorney for Plaintiff